# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0020. IN THE INTEREST OF N.G. ET AL., CHILDREN.**

In December 2019, the juvenile court entered an order terminating the parental rights of Audrianna and Virgil Gibson to their two minor children.[1] On June 24, 2020, the juvenile court issued an order granting the parents an out-of-time application for discretionary review. The parents filed the instant direct appeal following that ruling, as well as an application for discretionary review, which has been docketed as Case No. A21D0011.

We lack jurisdiction over this direct appeal. Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be brought by filing an application for discretionary review — as the parents have done in Case No. A21D0011. See *In the Interest of K. R.*, 285 Ga. 155, 155-156 (674 SE2d 288) (2009). Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Audrianna Gibson filed a direct appeal of this order, but we dismissed that appeal based on her failure to comply with the discretionary application procedure. Case No. A20A1667 (May 8, 2020).